ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| MAGNA JV | ) ASBCA No. 64427 |
| | ) |
| Under Contract No. FA4497-21-D-0005 | ) |
| T.O. FA4497-24-F-0034 | ) |

APPEARANCE FOR THE APPELLANT: Arnie B. Mason, Esq.
  Williams Mullen PC
  Tysons Corner, VA

APPEARANCES FOR THE GOVERNMENT: Caryl A. Potter, III, Esq.
  Air Force Deputy Chief Trial Attorney
  Walker J. Gray, Esq.
  Isabelle P. Cutting, Esq.
  Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: June 15, 2026

OWEN C. WILSON
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 64427, Appeal of MAGNA JV, rendered in conformance with the Board's Charter.

Dated: June 15, 2026

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals